**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

CHERYL J. WILLIAMS, *as limited Administratrix of all and singular, the goods, chattels and credits of JOHN A. WILLIAMS, JR., deceased, 571 North Pearl Street, Albany, New York 12204*,

                      Plaintiff,

              vs.                                 1:08-CV-1279 (NAM/DRH)

CSX TRANSPORTATION, INC., *500 Water Street, Jacksonville, FL 32202*

                      Defendants.

---

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above captioned case have reported to him that the case has been settled. Counsel has also advised Judge Homer that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

**ORDERED** that:

1. The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within ninety (90) days of the date of the filing of this order upon a showing that the settlement was not consummated;

2. The dismissal of the above captioned case shall become **with prejudice** on the ninety-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within ninety (90) days of the date of the filing of this order upon a showing that the settlement was not consummated;

Case 1:08-cv-01279-NAM-DRH   Document 9   Filed 09/16/09   Page 2 of 2

3. The Clerk shall forthwith serve by regular mail copies of this Judgment upon the attorneys for the parties appearing in this action.

**IT IS SO ORDERED.**

Dated:   September 16, 2009

_____
Norman A. Mordue
Chief United States District Court Judge